IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JEFFERY WAYNE WANSLEY**                                                              **PLAINTIFF**

**VERSUS**                                                     **CIVIL ACTION NO.  4:07cv61-DPJ-JCS**

**MISSISSIPPI BUREAU OF NARCOTICS,**
**AGENT STANLEY WASH, AGENT JIMMY NICHOLS,**
**and UNKNOWN AGENTS**                                           **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(i).  Therefore, this dismissal will count as a "strike" under § 1915(g).

**SO ORDERED AND ADJUDGED** this the 3th day of August, 2007.

                                                  s/ *Daniel P. Jordan III*
                                                  UNITED STATES DISTRICT JUDGE